AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:21-cr-15 KJM |
| | ) | |
| Patricia Castaneda | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1/21/21

_Castaneda_
Defendant's signature

_[signature]_
Signature of defendant's attorney

Robert M. Holley
Printed name of defendant's attorney

Date: 3/23/2021

_[signature]_

Kimberly J. Mueller       United States District Judge
Judge's printed name and title